## CORN v. SUDEROV.

(Supreme Court, Appellate Division, First Department.   January 23, 1914.)

INJUNCTION (§ 26*)—SUBJECTS OF PROTECTION—STAY OF ACTION.

Where a vendor of land filed a suit in the Supreme Court for specific performance, the purchaser's action in the City Court to recover his down payment will be enjoined, for all the issues will be determined in the suit for specific performance.

[Ed. Note.—For other cases, see Injunction, Cent. Dig. §§ 24–49, 54–61; Dec. Dig. § 26.*]

Appeal from Special Term, New York County.

Action by Joseph Corn against Abraham Suderov.  From an order denying a motion staying an action in the City Court, plaintiff appeals. Order reversed, and motion granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

J. A. Seidman, of New York City, for appellant.
Philip J. Knobloch, of New York City, for respondent.

PER CURIAM.   Plaintiff and defendant entered into a written contract for the purchase and sale of a parcel of real estate in the Bronx, upon which the defendant, as purchaser, made a down payment of $1,000.  Subsequently the defendant objected to the title and refused to complete, and on the 10th of October, 1913, commenced an action in the City Court to recover the down payment.  On the 13th of October the plaintiff herein verified a complaint in this action in the Supreme Court, and it was commenced on the 14th.

This action is in equity, praying a specific performance of the contract referred to, and for an injunction, during the pendency of this action, restraining the defendant from prosecuting his action in the City Court.  It is obvious that all the issues are presented in this suit in equity in the Supreme Court, and can be here disposed of, and therefore it is proper that the City Court action should be stayed pending final judgment herein.

The order denying such stay should therefore be reversed, with $10 costs and disbursements to the appellant, and the motion granted, with $10 costs.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes